## SOUTHERN TIMBER & INVESTMENT CO. V. GORDON.

(Decided Feb. 13, 1908.)

APPEAL from Clarke Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

W. D. DUNN, for appellant. GUNN & TUCKER, for appellee.

HARALSON, J—Reversed and remanded on the authority of *Southern Timber & Investment Co. v. Creagh*, 154 Ala. 283, 45 South. 666.

All the justices concur.

---

## STEVENS V. STEVENS.

(Decided Feb. 13, 1908.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## EUBANKS V. THE STATE.

(Decided Nov. 21, 1907. Rehearing denied Dec. 19, 1907.)

APPEAL from Monroe Circut Court.

Heard before Hon. JOHN T LACKLAND.

M. R. SOWELL, for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Affirmed. Opinion by SIMPSON, J.

All the justices concur.

---

## MACAFEE V. GIACOPPAZZI.

(Decided Nov. 28, 1907. Rehearing denied Dec. 19, 1907.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

JOHN W. TOMLINSON, for appellant. B. S. CATCHINGS, for appellee.

TYSON, C. J. Affirmed on the authority of *MacAfee as Assignee v. Catchings, as Assignee, supra*.